UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 05-10698<br>CHAPTER 13 |
| BRENDA L. LAWSON | : | JUDGE BURTON PERLMAN |
| DEBTOR | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the debtor(s).  Certification of Final Payment has been filed in this case.  These Funds are now unclaimed.

Check No.                  Amount
917305                      $2.34

Debtor Address
BRENDA L. LAWSON
% USA RV PARK
2925 W HWY. 66 #85
GALLUP, NM  87301

                                     Respectfully submitted,

/s/    Margaret A. Burks, Esq.
        Margaret A. Burks, Esq.
        Chapter 13 Trustee
        Attorney No. OH 0030377

        Francis J. DiCesare, Esq.
        Staff Attorney
        Attorney No. OH 0038798

        Karolina F. Perr, Esq.
        Staff Attorney
        Attorney No. OH 0066193

        600 Vine Street, Suite 2200
        Cincinnati, OH 45202
        (513) 621-4488
        (513) 621 2643 (Facsimile)
        mburks@cinn13.org - Correspondence only
        fdicesare@cinn13.org
        kperr@cinn13.org

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, November 17, 2010.

                        /s/    <u>Margaret A. Burks, Esq.</u>
                                Margaret A. Burks, Esq.

Debtor(s)
BRENDA L. LAWSON
% USA RV PARK
2925 W HWY. 66 #85
GALLUP, NM  87301

Debtor(s) Counsel
KATHLEEN D MEZHER & ASSOCIATES
8075 BEECHMONT AVE
CINCINNATI, OH  45255

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)